# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

MICHAEL BILDERBACK,

        Plaintiff,

    v.

KAREN LINDHOLM and WILLIAM GABLER,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 09-cv-110-slc**

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____4/6/09_____
Date